# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KELLY KUNACK,

        Plaintiff,

v.

THE BOEING COMPANY,

        Defendant.

C18-214 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Postpone Dates for Initial Disclosures and Submission of Joint Status Report, docket no. 6, to which no opposition was filed, and Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, docket no. 13, are GRANTED. The Court hereby resets the following deadlines:

| | |
|---|---|
| Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint, docket no. 1: | April 13, 2018 |
| Deadline for FRCP 26(f) Conference: | May 4, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | May 18, 2018 |

(2) All other terms and requirements imposed by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, docket no. 5, remain unchanged.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

                                                      William M. McCool  
                                                      Clerk

                                                      s/Karen Dews  
                                                      Deputy Clerk