UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY KUNACK,

           Plaintiff,

v.

THE BOEING COMPANY,

           Defendant.

C18-214 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion to Withdraw, docket no. 26, is GRANTED. Plaintiff's counsel is DIRECTED to send a copy of this Minute Order to her client and file proof of such service within seven (7) days of the date of this Minute Order. If the proposed withdrawal will leave Plaintiff unrepresented, Plaintiff's counsel must also, within seven (7) days of the date of this Minute Order, advise the Court of the client's address and telephone number.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of April, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1