UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY KUNACK,

          Plaintiff,

v.

THE BOEING COMPANY,

          Defendant.

C18-214 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has reviewed Defendant The Boeing Company's Response to Plaintiff's Motion to Withdraw and to Postpone Deadlines, docket no. 32, and ORDERS as follows:

        (a)    The Court will extend certain deadlines as follows: Discovery completed by 6/14/2019;

        (b)    The Parties are ORDERED to appear for a Status Conference on May 29, 2019, at 11:00 a.m.; and

        (c)    The Clerk is DIRECTED to mail this Minute Order and Defendant's Response, docket no. 32, to Plaintiff at 14804 SE 170th St., Renton, WA 98058.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 9th day of May, 2019.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1